

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-16-2006

# Morgan v. Gay

Precedential or Non-Precedential: Precedential

Docket No. 06-8045

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Morgan v. Gay" (2006). *2006 Decisions.* Paper 260.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/260

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEAL
FOR THE THIRD CIRCUIT

Case No: 06-8045

SARAH MORGAN, on behalf of herself
and all others similarly situated

v.

DENNIS W. GAY; GINA GAY; BASIC RESEARCH, L.L.C.;
BAN, L.L.C.; KLEIN-BECKER, USA L.L.C.;
COVAXIL LABORATORIES, L.L.C.; CARTER-REED COMPANY, L.L.C.,
a/k/a THE CARTER-REED COMPANY; A.G. WATERHOUSE, L.L.C.;
ALPHAGENBO TECH, L.L.C.; BODY FORUM, L.L.C.;
BODY INNOVENTIONS, L.L.C.; COVARIX, L.L.C.;
BYDEX MANAGEMENT, L.L.C.; NUTRASPORT, L.L.C;
SOVAGE DERMALOGIC LABORATORIES, L.L.C.;
WESTERN HOLDING, L.L.C.; GEORGE EVAN BYBEE;
DANIEL B. MOWREY, Ph.D; NATHALIE CHEVREAU, Ph.D;
MITCHELL K. FRIEDLANDER; MICAHEL MEADE,

Petitioners

_____

On Appeal from the United States District Court
for the District of New Jersey
District Court No.-06-cv-01371
District Judge: The Honorable Garrett E. Brown, Jr.

_____

Submitted September 7, 2006

Before: BARRY, SMITH, and NYGAARD, *Circuit Judges*
_____

ORDER
_____

This cause came to be heard on a Petition for Leave to Appeal pursuant to 28

U.S.C. § 1453(c) from the United States District Court for the District of New Jersey and was submitted on August 16, 2006. On consideration thereof, it is now ORDERED that Defendants' Petition for Leave to Appeal under 28 U.S.C. § 1453(c) is granted. All of the above in accordance with the opinion of this Court.

ATTEST:


/s/ D. Brooks Smith_____
Circuit Judge

Dated:    October 16, 2006